**Opinion issued January 14, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00706-CV

———————————

**KIRK A. KENNEDY, Appellant**

**V.**

**EPSTEIN BECKER & GREEN, P.C., EPSTEIN, BECKER, GREEN, WICKLIFE & HALL P.C., AND STEPHEN R. COCHELL, Appellees**

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Case No. 2013-61197

## MEMORANDUM OPINION

Appellant, Kirk A. Kennedy, representing that the parties have settled the underlying lawsuit, has filed an agreed motion to dismiss the appeal with

prejudice. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.